CHRISTOPHER J. CHRISTIE
United States Attorney
By: JACOB T. ELBERG
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey  07102
(973) 645-2700

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. *Chester* |
| v. | : Criminal No. *08-609* |
| LEO JONES | : CONSENT JUDGMENT |
| | AND PRELIMINARY |
| | : ORDER OF FORFEITURE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, (Assistant United States Attorney Jacob T. Elberg, appearing), for the entry of a consent judgment and preliminary order of forfeiture, and defendant Leo Jones (Linda Foster, AFPD, appearing) having consented to the request; and the Court having found that:

**WHEREAS,** in accordance with the Plea Agreement filed on or about *3rd Sept*, 2008 entered into between the United States of America and defendant Leo Jones in the above matter, the defendant, pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853

- 9 -

and 28 U.S.C. § 2461(c), has agreed to forfeit to the United States the following property:

(1) one (1) Ruger .357 caliber revolver, bearing serial number 158-08637;

(2) one (1) Ruger 9mm semi-automatic pistol, model P89, bearing serial number 315-50944;

(3) one (1) shortened CBC 12-gauge shotgun, model SB, bearing serial number C1296137;

(4) twenty-one (21) rounds of assorted ammunition.

(hereinafter the "Forfeited Property" or "the Forfeited Firearms and Ammunition"); and

WHEREAS, defendant, Leo Jones, has specifically acknowledged notice of the criminal forfeiture, consented to the entry of a Consent Judgment and Preliminary Order of Forfeiture, and waived his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2(a) and 43(a); and

WHEREAS, defendant, Leo Jones, has agreed not to contest the forfeiture of the above referenced property;

WHEREAS, by virtue of the above, the United States is now entitled to possession of the Forfeited Property pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) , and 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS,** defendant Leo Jones has waived and abandoned all right, title and interest in the Forfeited Firearms and Ammunition; and defendant Leo Jones has further waived, released and withdrawn any claim that defendant may have made with respect to the Forfeited Firearms and Ammunition, and waived and released any claim that defendant might otherwise have made to that property in the future; and

**WHEREAS,** defendant Leo Jones having consented to the destruction of the Forfeited Firearms and Ammunition; and for good and sufficient cause shown;

It is hereby **ORDERED, ADJUDGED AND DECREED:**

1.   That the Forfeited Property, specifically:

(1) one (1) Ruger .357 caliber revolver, bearing serial number 158-08637;

(2) one (1) Ruger 9mm semi-automatic pistol, model P89, bearing serial number 315-50944;

(3) one (1) shortened CBC 12-gauge shotgun, model SB, bearing serial number C1296137;

(4) twenty-one (21) rounds of assorted ammunition.

2.   That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order,

- 11 -

notice of the United States' intent to dispose of the Forfeited Property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Forfeited Property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Forfeited Property; (b) shall be signed by the petitioner under penalty of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the Forfeited Property and any additional facts supporting the petitioner's claim and the relief sought;

4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeited Property that is the subject of this Consent Judgment and Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture

- 12 -

authorizing the United States to destroy the Forfeited Firearms and Ammunition.

ORDERED this _3rd_ day of _Sept_ , 2008.

_____
HONORABLE
United States District Judge

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: Jacob T. Elberg    David Malagold    Dated 9 / 3 , 2008
Assistant U.S. Attorney

_____    8/28/08 , 2008
Linda Foster, AFPD                  Dated
Counsel for the Defendant

_____    8/26/08 , 2008
Leo Jones                           Dated
Defendant

- 13 -